



Detention Hearing Government Exhibit 1