UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19CR00895 SNLJ |
| | ) |
| KEVIN JEROME MOORE, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on a letter from self-represented defendant Kevin Jerome Moore requesting three copies of a portion of his sentencing transcript [Doc. 69]. The Court will decline to grant this request. On December 2, 2024, the Clerk of Court sent a letter to defendant, in response to a request for copies [Doc. 68], which states in its entirety:

> Our office has received your request for copy of a specific section of your sentencing transcript in the above styled case. Transcripts are typically obtainable through the court reporter however, because your sentencing transcript has been on file since 03/09/2022, the court reporter's deadline has passed, and we are able to send them to you at a rate of $0.50 per page. A complete copy of your transcript, 43 pages, is available at a rate of $21.50 per set. Based on the contents of your letter, you are not wishing to purchase the entire transcript, but only a small section. Pages 38 and 39 may contain what you are asking for, but it is your decision whether to purchase the full set or only the two pages, the latter of which would be $1.00 per set. Please know, we cannot guarantee that the two pages alone will satisfy your request.
>
> Requests for non-certified, and/or non-exemplified, copies of case pleadings filed in this office, including additional copies of the docket sheet, will be sent upon receipt of payment at the rate of $0.50 per page. (Certified, and/or exemplified, copies are set at a higher fee rate.) If you are unable to pay for copies, please submit your request in the form of a motion. For future filings,

1

to receive a free copy, at the time of filing, please submit in duplicate and one will be returned to you. To better assist you, please provide your case number on all correspondence submitted.

[Doc. 68-1].

As defendant has been notified by the Clerk, the Court does not provide free copies of documents. Defendant may obtain copies by requesting such documents from the Clerk of Court at the current rate of fifty cents ($0.50) per page. The cost of such copies must be paid in advance and submitted with the request. If defendant wishes to obtain copies, he must resubmit his request describing the exact documents he wishes to receive *and include payment*.

**IT IS HEREBY ORDERED** that defendant's letter, dated December 16, 2024, construed as a motion for copies [Doc. 69], is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a copy of the docket sheet.

Dated this 17th day of January, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE